**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John N Doe, et al., | No. CV-24-00252-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Defendants. | |

On February 7, 2024, the Court granted Plaintiffs' *ex parte* motion for a TRO, converted Plaintiffs' motion into a motion for a preliminary injunction, and set a briefing and hearing schedule on the preliminary injunction request. (Doc. 8.) On February 28, 2024, Defendant John R. Doe responded that he does not oppose entry of a preliminary injunction order. (Doc. 11.) Accordingly,

**IT IS ORDERED** as follows:

1. Plaintiffs' motion for a preliminary injunction (Doc. 2) is GRANTED. The *ex parte* TRO entered on February 7, 2024 (Doc. 8) is converted into a preliminary injunction that shall remain in effect during the pendency of this case, unless otherwise ordered.

2. The preliminary injunction hearing scheduled for March 12, 2024 is vacated.

Dated this 28th day of February, 2024.

Douglas L. Rayes
United States District Judge