Jeffrey C. Matura, State Bar No. 019893
Melissa J. England, State Bar No. 022783
**Barrett & Matura, P.C.**
8925 East Pima Center Parkway, Suite 215
Scottsdale, Arizona 85258
Telephone: (602) 792-5705
Facsimile: (602) 792-5710
jmatura@barrettmatura.com
mengland@barrettmatura.com

*Attorneys for Defendants Buckey Valley Fire District
and Arizona Fire and Medical Authority*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| John N. Doe and Jane N. Doe, husband and wife; and Jane T. Doe, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>John R. Doe, an individual; Buckeye Valley Fire District, a government entity; Arizona Fire and Medical Authority, a government entity; and Fictitious Persons 1-10,<br><br>Defendants. | Case No. 2:24-cv-00252-DLR<br><br>**ANSWER TO COMPLAINT BY DEFENDANTS BUCKEYE VALLEY FIRE DISTRICT AND ARIZONA FIRE AND MEDICAL AUTHORITY** |

Defendants Buckeye Valley Fire District and Arizona Fire and Medical Authority (collectively "Defendants") answer the allegations in Plaintiffs John N. Doe, Jane N. Doe, and Jane T. Doe's Verified Complaint as follows. The numbered paragraphs below correspond to the numbered paragraphs in the Verified Complaint.

### PARTIES, JURISDICTION AND VENUE

1.     Upon information and belief, Defendants admit the allegations in this paragraph.

2.     Upon information and belief, Defendants admit the allegations in this paragraph.

3.     Upon information and belief, Defendants admit the allegations in this paragraph.

4.      Defendants admit the allegations in this paragraph.

5.      Defendants admit the allegations in this paragraph.

6.      Defendants admit the allegations in this paragraph.

7.      Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

8.      Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

9.      Defendants admit the allegations in this paragraph.

10.     Defendants admit the allegations in this paragraph.

11.     Defendants admit the allegations int his paragraph.

12.     Defendants admit the allegations in this paragraph.

## FACTUAL ALLEGATIONS

13.     Upon information and belief, Defendants admit the allegations in this paragraph.

14.     Defendants admit the allegations in this paragraph.

15.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

16.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

17.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

18.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

19.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

20.     Upon information and belief, Defendants admit the allegations in this paragraph.

21.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

22.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

23.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

24.    Upon information and belief, Defendants admit the allegations in this paragraph.

25.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

26.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

27.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

28.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

29.    Upon information and belief, Defendants admit the allegations in this paragraph.

30.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

31.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

32.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

33.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

34.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

35.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

36.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

37.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

38.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

39.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

40.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

41.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

42.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

43.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

44.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

45.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

46.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

47.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

48.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

49.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

50.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

51.    Upon information and belief, Defendants admit the allegations in this paragraph.

52.    Upon information and belief, Defendants admit the allegations in this paragraph.

53.    Upon information and belief, Defendants admit the allegations in this paragraph.

54.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

55.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

56.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

57.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

58.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

59.    Upon information and belief, Defendants admit the allegations in this paragraph.

60.    Defendants admit the allegations in this paragraph.

61.    This paragraph does not contain any allegations; therefore, no response is necessary.  If a response is necessary, Defendants admit that the quote language appears in the reference decision from the Ninth Circuit.

62.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

63.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

64.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

65.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

66.     Defendants deny the allegations in this paragraph.

67.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

68.     Defendants deny the allegations in this paragraph.

69.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

70.     Defendants deny the allegations in this paragraph.

71.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

72.     Upon information and belief, Defendants admit the allegations in this paragraph.

73.     Defendants deny the allegations in this paragraph.

74.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

75.     Defendants deny the allegations in this paragraph.

76.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

77.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

78.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

79.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

80.     Defendants deny the allegations in this paragraph.

81.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

82.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

83.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

84.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

85.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

86.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

87.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

88.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

89.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

90.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

91.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

92.     Upon information and belief, Defendants admit the allegations in this paragraph.

93.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

94.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

95.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

96.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

97.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

98.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

99.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

100.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

101.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

102.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

103.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

104.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

105.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

106.    Upon information and belief, Defendants admit the allegations in this paragraph.

107.    Upon information and belief, Defendants admit the allegations in this paragraph.

108.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

109.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

110.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

111.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

112.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

113.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

114.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

115.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

116.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

117.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

118.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

119.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

120.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

121.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

122.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

123.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

124.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

125.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

126.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

127.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

128.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

129.     Upon information and belief, Defendants admit the allegations in this paragraph.

130.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

131.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

132.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

133.   Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

134.   Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

135.   Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

136.   Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

137.   Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

138.   Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

139.   Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

140.   Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

141.   Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

142.   Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

143.   Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

144.   Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

145.   Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

146.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

147.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

148.    Upon information and belief, Defendants admit the allegations in this paragraph.

149.    Defendants admit the allegations in this paragraph.

150.    Defendants admit that Plaintiffs served a Notice of Claim, but deny it was served on August 6, 2023.

151.    Defendants admit the allegations in this paragraph.

152.    Defendants admit the allegations in this paragraph.

153.    Defendants deny the allegations in this paragraph.

154.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

155.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

156.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

157.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

158.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

159.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

160.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

161.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

162.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

163.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

164.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

165.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

166.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

167.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

168.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

169.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

170.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

171.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

172.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

173.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

174.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

175.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

176.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

177.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

178.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

179.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

180.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

181.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

182.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

183.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

184.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

185.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

186.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

187.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

188.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

189.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

190.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

191.    Defendants deny the allegations in this paragraph.

192.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

193.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

194.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

195.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

196.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

197.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

198.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

199.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

200.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

201.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

202.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

203.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

204.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

205.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

206.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

207.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

208.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

209.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

210.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

211.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

212.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

213.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

214.     Upon information and belief, Defendants admit the allegations in this paragraph.

215.     Upon information and belief, Defendants admit the allegations in this paragraph.

216.     Defendants deny the allegations in this paragraph.

217.     Defendants admit the allegations in this paragraph.

218.     Defendants deny the allegations in this paragraph.

219.     Defendants admit the allegations in this paragraph.

220.     Defendants admit the allegations in this paragraph.

221.     Defendants deny the allegations in this paragraph.

222.     Defendants deny the allegations in this paragraph.

223.     Defendants deny the allegations in this paragraph.

224.     Defendants deny the allegations in this paragraph.

225.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

226.     Defendants deny the allegations in this paragraph.

227.     Defendants deny the allegations in this paragraph.

228.     Defendants deny the allegations in this paragraph.

**FEDERAL CLAIMS**

**COUNTS 1-11**

**DISCLOSURE OF INTIMATE VISUAL DEPICTIONS**

(John N. Doe and T. Doe Against R. Doe)

229.     Defendants incorporate their responses to the preceding paragraphs.

230.     This paragraph does not contain any allegations against Defendants; therefore, no response is required.   If a response is required, Defendants admit the allegations in this paragraph.

231.   This paragraph does not contain any allegations against Defendants; therefore, no response is required.   If a response is required, Defendants admit the allegations in this paragraph.

232.   This paragraph does not contain any allegations against Defendants; therefore, no response is required.   If a response is required, Defendants admit the allegations in this paragraph.

233.   This paragraph does not contain any allegations against Defendants; therefore, no response is required.   If a response is required, Defendants admit the allegations in this paragraph.

234.   This paragraph does not contain any allegations against Defendants; therefore, no response is required.   If a response is required, Defendants admit the allegations in this paragraph.

235.   This paragraph does not contain any allegations against Defendants; therefore, no response is required.   If a response is required, Defendants admit the allegations in this paragraph.

236.   This paragraph does not contain any allegations against Defendants; therefore, no response is required.   If a response is required, Defendants admit the allegations in this paragraph.

237.   Defendants deny the allegations in this paragraph.

238.   Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

239.   Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

240.   Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

241.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

242.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

243.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

244.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

245.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

246.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

247.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

248.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

249.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

250.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

251.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

1

## <u>COUNT 12</u>

2

**DISCLOSURE OF INTIMATE VISUAL DEPICTIONS**

3

(N. Doe Against R. Doe)

4

252.    Defendants incorporate their responses to the preceding paragraphs.

5

253.    Defendants are without knowledge or information sufficient to respond to the

6

allegations in this paragraph, and therefore deny them.

7

254.    Defendants are without knowledge or information sufficient to respond to the

8

allegations in this paragraph, and therefore deny them.

9

255.    Defendants are without knowledge or information sufficient to respond to the

10

allegations in this paragraph, and therefore deny them.

11

256.    Defendants are without knowledge or information sufficient to respond to the

12

allegations in this paragraph, and therefore deny them.

13

257.    Defendants are without knowledge or information sufficient to respond to the

14

allegations in this paragraph, and therefore deny them.

15

258.    Defendants are without knowledge or information sufficient to respond to the

16

allegations in this paragraph, and therefore deny them.

17

259.    Defendants are without knowledge or information sufficient to respond to the

18

allegations in this paragraph, and therefore deny them.

19

260.    Defendants are without knowledge or information sufficient to respond to the

20

allegations in this paragraph, and therefore deny them.

21

261.    Defendants are without knowledge or information sufficient to respond to the

22

allegations in this paragraph, and therefore deny them.

23

262.    Defendants are without knowledge or information sufficient to respond to the

24

allegations in this paragraph, and therefore deny them.

25

26

**PUNITIVE DAMAGES UNDER FEDERAL LAW**

(John N. Doe, N. Doe, and T. Doe Against R. Doe)

263.    Defendants incorporate their responses to the preceding paragraphs.

264.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

265.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

266.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

**ARIZONA TORT CLAIMS**

**COUNTS 13-15**

**NEGLIGENCE PER SE**

(John N. Doe, N. Doe, and T. Doe Against R. Doe)

267.    Defendants incorporate their responses to the preceding paragraph.

268.    This paragraph does not contain any allegations against Defendants; therefore, no response is required.   If a response is required, Defendants admit the allegations in this paragraph.

269.    This paragraph does not contain any allegations against Defendants; therefore, no response is required.   If a response is required, Defendants admit the allegations in this paragraph.

270.    This paragraph does not contain any allegations against Defendants; therefore, no response is required.   If a response is required, Defendants admit the allegations in this paragraph.

271.    This paragraph does not contain any allegations against Defendants; therefore, no response is required.   If a response is required, Defendants admit the allegations in this paragraph.

272.     This paragraph does not contain any allegations against Defendants; therefore, no response is required.   If a response is required, Defendants admit the allegations in this paragraph.

273.     This paragraph does not contain any allegations against Defendants; therefore, no response is required.   If a response is required, Defendants admit the allegations in this paragraph.

274.     This paragraph does not contain any allegations against Defendants; therefore, no response is required.   If a response is required, Defendants admit the allegations in this paragraph.

275.     This paragraph does not contain any allegations against Defendants; therefore, no response is required.   If a response is required, Defendants admit the allegations in this paragraph.

276.     This paragraph does not contain any allegations against Defendants; therefore, no response is required.   If a response is required, Defendants admit the allegations in this paragraph.

277.     This paragraph does not contain any allegations against Defendants; therefore, no response is required.   If a response is required, Defendants admit the allegations in this paragraph.

278.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

279.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

280.     Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

281.     Defendants deny the allegations in this paragraph.

282.     Defendants deny the allegations in this paragraph.

283.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

284.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

285.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

286.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

287.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

288.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

289.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

290.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

291.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

292.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

## <u>COUNTS 16-18</u>

### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

(John N. Doe, N. Doe, and T. Doe Against R. Doe)

293.    Defendants incorporate their responses to the preceding paragraphs.

294.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

295.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

296.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

297.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

298.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

299.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

**COUNTS 19-21**

**PUBLIC DISCLOSURE OF PRIVATE FACTS**

(John N. Doe, N. Doe, and T. Doe Against R. Doe)

300.    Defendants incorporate their responses to the preceding paragraphs.

301.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

302.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

303.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

304.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

305.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

306.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

## **COUNT 22**

## **NEGLIGENT SUPERVISION**

(John N. Doe, N. Doe, and T. Doe Against BVFD and AFMA)

307.    Defendants incorporate their responses to the preceding paragraphs.

308.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

309.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

310.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

311.    Upon information and belief, Defendants admit the allegations in this paragraph.

312.    Defendants deny the allegations in this paragraph.

313.    Defendants deny the allegations in this paragraph.

314.    Defendants admit that they have policies against employees accessing pornographic websites while on duty, but deny the remaining allegations in this paragraph.

315.    Defendants deny the allegations in this paragraph.

316.    Defendants deny the allegations in this paragraph.

317.    Defendants deny the allegations in this paragraph.

318.    Defendants deny the allegations in this paragraph.

319.    Defendants deny the allegations in this paragraph.

320.    Defendants deny the allegations in this paragraph.

321.    Defendants deny the allegations in this paragraph.

322.    Defendants deny the allegations in this paragraph.

323.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

**PUNITIVE DAMAGES UNDER STATE LAW**

(John N. Doe, N. Doe, and T. Doe Against R. Doe)

324.    Defendants incorporate their responses to the preceding paragraphs.

325.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

326.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

327.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

328.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

**REQUEST FOR INJUNCTIVE RELIEF**

329.    Defendants incorporate their responses to the preceding paragraphs.

330.    This paragraph does not contain any allegations against Defendants; therefore, no response is required.   If a response is required, Defendants admit the allegations in this paragraph.

331.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

332.    Defendants are without knowledge or information sufficient to respond to the allegations in this paragraph, and therefore deny them.

WHEREFORE, Defendants requests that the Court grant the following relief:

    a.    Dismiss the Complaint, in its entirety;

    b.    Enter judgment in Defendants' favor on all claims;

    c.    Award Defendants their reasonable attorneys' fees and costs incurred pursuant to all applicable state and federal statutes and rules; and

    d.    Grant any other relief deemed appropriate by this Court.

**GENERAL DENIAL**

333.    Defendants deny each and every allegation in the Verified Complaint not specifically admitted.

**JURY DEMAND**

334.    Defendants demand a jury trial on all claims that support such a demand.

**AFFIRMATIVE DEFENSES**

335.    For additional defenses, both affirmative and otherwise, Defendants allege as follows:

    a.    The Verified Complaint fails to set forth facts sufficient to constitute any viable causes of action against Defendants.

    b.    Plaintiffs did not suffer any damages, and any damages Plaintiffs did suffer were caused by their own actions or inactions.

    c.    To the extent Plaintiffs failed to mitigate their damages, any potential recovery is barred or reduced.

    d.    Defendants exercised reasonable care to prevent any alleged wrongful conduct toward Plaintiffs.

    e.    Defendants are entitled to all immunities recognized by state and federal law, including, but not limited to, qualified, absolute, legislative, and deliberative process.

    f.    Defendants were not negligent or reckless in their conduct, did not give any improper or ambiguous direction to John R. Doe, did not fail to supervise John R. Doe, and did not permit, or fail to prevent, any negligent or tortious conduct by John R. Doe.

    g.    If John R. Doe engaged in any of the conduct alleged in the Verified Complaint, that conduct was outside the scope of John R. Doe's employment with, and authority from, Defendants.

27

h.     If John R. Doe engaged in any of the conduct alleged in the Verified Complaint, no measures were reasonably available to Defendants to prevent the conduct from occurring.

i.      If John R. Doe engaged in any of the conduct alleged in the Verified Complaint, Defendants did not know, and had no reason to know, that John R. Doe would, or did, engage in that conduct.

j.      Punitive damages are not recoverable against a public entity, its employees, or its agents.

k.     Contributory negligence, duress, estoppel, failure of consideration, laches, unclean hands, statute of frauds, waiver, and any other matter considered an affirmative defense under Federal Civil Procedure Rule 8(c). Defendants raise these additional affirmative defenses at this time to prevent any waiver because this case has only just begun.

Dated on March 29, 2024.

BARRETT & MATURA, P.C.

By   /s/ *Jeffrey C. Matura*
      Jeffrey C. Matura
      Melissa J. England
      8925 East Pima Center Pkwy, Suite 215
      Scottsdale, Arizona 85258
      *Attorneys for Defendants Buckeye Valley Fire District and Arizona Fire and Medical Authority*

# CERTIFICATE OF SERVICE

I certify that on March 29, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants:

Lesli M. Sorensen
Ryan Rapp Pacheco Sorensen, PLC
3200 North Central Avenue, Suite 2250
Phoenix, Arizona 85012
lsorensen@rrpklaw.com
*Attorneys for Plaintiffs John N. Doe,*
 *Jane N. Doe, and Jane T. Doe*

Jonathan A. Dessaules
David E. Wood
Dessaules Law Group
7243 N. 16th Street
Phoenix, Arizona 85020
jdessaules@dessauleslaw.com
dwood@dessauleslaw.com
minuteentries@dessauleslaw.com
*Attorneys for Defendant John R. Doe*

/s/ *Holly A. McGee*
Holly A. McGee