1 | Jeffrey C. Matura, State Bar No. 019893
Melissa J. England, State Bar No. 022783
**Barrett & Matura, P.C.**
8925 East Pima Center Parkway, Suite 215
Scottsdale, Arizona 85258
Telephone: (602) 792-5705
Facsimile: (602) 792-5710
jmatura@barrettmatura.com
mengland@barrettmatura.com

*Attorneys for Defendants Buckey Valley Fire District*
*and Arizona Fire and Medical Authority*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| John N. Doe and Jane N. Doe, husband and wife; and Jane T. Doe, an individual, | Case No. 2:24-cv-00252-DLR |
|---|---|
| Plaintiffs, | **NOTICE OF SERVICE** |
| v. | |
| John R. Doe, an individual; Buckeye Valley Fire District, a government entity; Arizona Fire and Medical Authority, a government entity; and Fictitious Persons 1-10, | |
| Defendants. | |

Pursuant to Federal Civil Procedure Rule 5(d)(1), notice is given that Defendants Buckeye Valley Fire District and Arizona Fire and Medical Authority served their Initial Rule 26(a)(1) Disclosure Statement on all parties, via email to counsel, on May 21, 2024.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Dated on May 21, 2024.

                 BARRETT & MATURA, P.C.

                 By  /s/ *Jeffrey C. Matura*
                    Jeffrey C. Matura
                    Melissa J. England
                    8925 East Pima Center Pkwy, Suite 215
                    Scottsdale, Arizona 85258
                    *Attorneys for Defendants Buckeye Valley Fire District and Arizona Fire and Medical Authority*

## **CERTIFICATE OF SERVICE**

I certify that on May 21, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants:

Lesli M. Sorensen
Ryan Rapp Pacheco Sorensen, PLC
3200 North Central Avenue, Suite 2250
Phoenix, Arizona 85012
lsorensen@rrpklaw.com
*Attorneys for Plaintiffs John N. Doe,*
*Jane N. Doe, and Jane T. Doe*

Jonathan A. Dessaules
David E. Wood
Dessaules Law Group
7243 N. 16th Street
Phoenix, Arizona 85020
jdessaules@dessauleslaw.com
dwood@dessauleslaw.com
minuteentries@dessauleslaw.com
*Attorneys for Defendant John R. Doe*

/s/ *Holly A. McGee*
Holly A. McGee

2