# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John N Doe, et al., | No. CV-24-00252-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Defendants. | |

The Court having reviewed Plaintiffs' motion to seal exhibits 1, 6, 7, and 8 to their motion for sanctions (Doc. 60), and good cause appearing;

**IT IS ORDERED** that Plaintiffs' motion to seal is **GRANTED**. The Clerk of Court shall file Exhibits 1, 6, 7, and 8 to the Motion for Sanctions, currently lodged on the Court's docket at document number 61, under seal.

Dated this 21st day of February, 2025.

Douglas L. Rayes
Senior United States District Judge