# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John N Doe, et al., | No. CV-24-00252-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Defendants. | |

The Court having reviewed Defendants Buckeye Valley Fire District and Arizona Fire and Medical Authority's (collectively "Defendants") Motion to Seal Exhibits 3, 4, and 5 to their Response to Plaintiffs' Motion for Sanctions (Doc. 74), and good cause appearing;

**IT IS ORDERED** that Defendants' Motion to Seal is **GRANTED**. The Clerk of the Court shall file Exhibits 3, 4, and 5 to Defendants' Response to Plaintiffs' Motion for Sanctions, currently lodged on the Court's docket at document number 75, under seal.

Dated this 17th day of March, 2025.

Douglas L. Rayes
Senior United States District Judge