IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John N Doe, et al., | No. CV-24-00252-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Defendants. | |

The Court having reviewed the parties' Joint Motion to Modify Scheduling Order (Doc. 80), and good cause appearing:

**IT IS ORDERED** that the Joint Motion to Modify Scheduling Order is **GRANTED**. The deadlines set forth in the Court's Scheduling Order [Doc. 29] are modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Completion of Fact Discovery | June 2, 2025 | **December 5, 2025** |
| Disclosure of Expert Reports | March 15, 2025 | **September 26, 2025** |
| Rebuttal Expert Reports | April 15, 2025 | **October 24, 2025** |
| Expert Depositions | June 2, 2025 | **December 5, 2025** |
| Dispositive Motions and Expert Challenges | July 15, 2025 | **January 23, 2026** |

1        The telephonic status conference set for July 9, 2025, is vacated. Within **7 days** of the close of expert discovery, the parties shall jointly file a notice with the Court advising whether or not either party intends to file a dispositive motion. If neither party intends to do so, the Court will set the matter for a trial scheduling conference.

       All other provisions and deadlines set forth in the Scheduling Order (Doc. 29) shall remain unchanged.

       Dated this 1st day of April, 2025.

_____
Douglas L. Rayes
Senior United States District Judge