

Lesli M. Sorensen, SB # 025770
lsorensen@rrpklaw.com
3200 N. Central Avenue, Suite 2250
Phoenix, Arizona 85012
(602) 280-1000 Office
(602) 265-1495 Fax
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF ARIZONA

| | |
|---|---|
| John N. Doe and Jane N. Doe, husband and wife; and Jane T. Doe, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>John R. Doe, an individual; Buckeye Valley Fire District, a government entity; Arizona Fire and Medical Authority, a government entity; and Fictitious Persons 1-10,<br><br>Defendants. | Case No.: CV-24-000252-PHX-DLR<br><br>**UNOPPOSED MOTION TO EXTEND MATTER ON DISMISSAL CALENDAR**<br><br>*(Assigned to the Honorable Douglas L. Rayes)* |

Plaintiffs John N. Doe, Jane N. Doe, and Jane T. Doe (collectively, "Plaintiffs"), through undersigned counsel, respectfully requests the Court continue the matter on the dismissal calendar for an additional thirty days (up to and including July 28, 2025) to allow the parties time to complete the settlement agreements. Undersigned counsel conferred with counsel for Defendants and they do not object.

///

///

///

DATED this 26th day of June, 2025.

**RYAN RAPP PACHECO SORENSEN, PLC**

_____
Lesli M.H. Sorensen, Esq.
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2025 copies of the foregoing were served electronically on all parties to this action via CM/ECF.

/s/ Jennifer M. Zook