# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John N Doe, et al., | No. CV-24-00252-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| John R Doe, et al., | |
| Defendants. | |

The Court having reviewed Plaintiffs' Unopposed Motion to Extend Matter on the Dismissal Calendar (Doc. 90), and good cause appearing;

**IT IS ORDERED** that Plaintiffs' motion (Doc. 90) is **GRANTED**.  The Clerk of the Court is directed to terminate this matter on **July 28, 2025,** unless prior to the dismissal date, the parties file a stipulation for dismissal or other filing to continue matter.

Dated this 26th day of June, 2025.

Douglas L. Rayes
Senior United States District Judge