| | |
|---|---|
| 1 | Jeffrey C. Matura, State Bar No. 019893 |
| 2 | Melissa J. England, State Bar No. 022783 |
|   | **Barrett & Matura, P.C.** |
| 3 | 8925 East Pima Center Parkway, Suite 215 |
|   | Scottsdale, Arizona 85258 |
| 4 | Telephone: (602) 792-5705 |
|   | Facsimile: (602) 792-5710 |

jmatura@barrettmatura.com
mengland@barrettmatura.com

Attorneys for Defendants Buckeye Valley Fire District and
Arizona Fire and Medical Authority

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| John N. Doe and Jane N. Doe, husband and wife; and Jane T. Doe, an individual. | Case No. 2:24-cv-00252-DLR |
| Plaintiffs, | **STIPULATION TO DISMISS, WITH PREJUDICE** |
| vs. | |
| John R. Doe, an individual; Buckeye Valley Fire District, a government entity; Arizona Fire and Medical Authority, a government entity; and Fictitious Persons 1-10, | |
| Defendants. | |

The parties, through counsel, stipulate to the following:

1. All claims alleged by Plaintiffs against Defendants are dismissed, with prejudice.

2. The parties will bear their own attorneys' fees and costs.

A proposed order is submitted for the Court's review and approval.

Dated on September 12, 2025.

                        BARRETT & MATURA, P.C.

                        By   /s/ Jeffrey C. Matura
                              Jeffrey C. Matura
                              Melissa J. England
                              8925 East Pima Center Pkwy, Suite 215
                              Scottsdale, Arizona 85258
                              Attorneys for Defendants Buckeye Valley Fire District, and Arizona Fire and Medical Authority


                        RYAN RAPP PACHECO SORENSEN, PLC


                        By:   /s/ Lesli M. Sorensen
                              Lesli M. Sorensen
                              3200 North Central Avenue, Suite 2250
                              Phoenix, Arizona 85012
                              Attorneys for Plaintiffs John N. Doe, Jane N. Doe, and Jane T. Doe


                        DESSAULES LAW GROUP


                        By:   /s/ David E. Wood
                              David E. Wood
                              7243 North 16th Street
                              Phoenix, Arizona 85020
                              Attorneys for Defendant John R. Doe

**CERTIFICATE OF SERVICE**

I certify that on September 12, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants:

Lesli M. Sorensen
Ryan Rapp Pacheco Sorensen, PLC
3200 North Central Avenue, Suite 2250
Phoenix, Arizona 85012
lsorensen@rrpklaw.com
Attorneys for Plaintiffs John N. Doe,
Jane N. Doe, and Jane T. Doe

Jonathan A. Dessaules
David E. Wood
Dessaules Law Group
7243 North 16th Street
Phoenix, Arizona 85020
jdessaules@dessauleslaw.com
dwood@dessauleslaw.com
Attorneys for Defendant John R. Doe


/s/ Briana Willson
Briana Willson