# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John N Doe, et al., | No. CV-24-00252-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| John R Doe, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation to Dismiss, with Prejudice (Doc. 96), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation (Doc. 96), this matter is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 12th day of September, 2025.

Douglas L. Rayes
Senior United States District Judge